UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

RACHAEL CHRISTINA RICHENDIFER,

    Debtor/Appellant.

C17-1837 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Appellant is DIRECTED to show cause on or before February 16, 2018, why this matter should not be dismissed for failure to perfect the appeal. *See* Notice of Deficiency (docket no. 4).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to appellant pro se.

Dated this 16th day of January, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1