UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

RACHAEL CHRISTINA RICHENDIFER,

Debtor/Appellant.

C17-1837 TSZ

ORDER

Having previously directed appellant to show cause why this matter should not be dismissed for failure to perfect the appeal, _see_ Minute Order (docket no. 5), and having received no response from appellant, the Court hereby DISMISSES this appeal for the reasons set forth in the Notice of Deficiency, docket no. 4, which have not been cured, including: (X) failure to pay the filing fee; (X) failure to file a Designation of Record; and (X) failure to file a Statement of Issues.

The Clerk is DIRECTED to CLOSE this case and to send a copy of this Order to all counsel of record and to appellant pro se.

IT IS SO ORDERED.

Dated this 16th day of March, 2018.

Thomas S. Zilly
United States District Judge

ORDER - 1